## HARTFORD ACCIDENT & INDEMNITY COMPANY v. UNITED STATES.
### No. 9800.

Circuit Court of Appeals, Ninth Circuit.

May 7, 1942.

Weir, Clift & Bennett, of Helena, Mont., and H. Leonard DeKalb, of Lewistown, Mont., for appellant.

John B. Tansil, U. S. Atty., of Billings, Mont., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties that this cause shall abide final decision in companion and controlling cause, J. F. Forbes v. United States, 9 Cir., 125 F.2d 404, decided January 30, 1942, and good cause therefor, ordered that a judgment of affirmance be filed and entered herein and that the mandate of this court in this cause issue forthwith.

## Thor E. HENRICKSEN, Collector of Internal Revenue, v. Robert H. HYDE, Executor of Estate of Charles H. Hyde.
### No. 10004.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1942.

J. Charles Dennis, U. S. Atty., and Oliver Malm, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Wayne W. Keyes, of Tacoma, Wash., for appellee.

Before MATHEWS, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, and on authority of the decision of the Supreme Court of the United States in Helvering v. Safe Deposit & Trust Co., 316 U.S. ——, 62 S.Ct. 925, 86 L.Ed. ——, decided April 13, 1942, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## L. B. HOUFF v. UNITED STATES.
### No. 2510.

Circuit Court of Appeals, Tenth Circuit.

April 15, 1942.

Anthony J. Albert, of Santa Fe, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Albuquerque, N. M., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Cause remanded, pursuant to agreement of parties, to the trial court for the purpose of entertaining a motion for a new trial on the grounds of newly discovered evidence.